Argued January 6, affirmed February 4, 1970

BOYER & COX, INC., *Respondent, v.*
PUCKETT, *Appellant.*

464 P. 2d 316

*David W. Young,* Gresham, argued the cause for appellant. With him on the brief were Weiser & Young, Gresham.

*Richard H. Muller,* Portland, argued the cause for respondent. On the brief were Tamblyn, Muller & Marshall, William L. Richardson, and George O. Tamblyn, Portland.

PER CURIAM.

Plaintiff brought this action to recover a real estate commission for the sale of defendant's property. The action was based on a written, exclusive listing.

The case was submitted to the trial court on stipulated facts. The trial court found for plaintiff. Defendant appeals.

The facts submitted by the stipulation and the exhibits attached support the trial court's decision that a sale took place during the term of the listing agreement which entitled plaintiff to a commission.

Affirmed.